IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Greek Island Labs, LLC, an Arizona limited liability company,<br><br>                          Plaintiff,<br><br>v.<br><br>Namingrights.com, LLC, a limited liability company of unknown domicile; Backslap Domains, Incorporated, a Nevada corporation,<br><br>                          Defendants. | No. CV-13-01073-PHX-GMS<br><br>**ORDER** |

After review of the file, the Court notes that the Complaint in this matter was filed on May 28, 2013 and has not been served on the Defendants within the time required by Rule 4(m), Federal Rules of Civil Procedure.

**IT IS HEREBY ORDERED** that this matter will be **dismissed 14 days** from the date of this Order if Plaintiff fails to show good cause before that date its failure to serve the Summons and Complaint.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter **14 days** from the date of this Order if Plaintiff fails to respond to this Order within the time stated, and without further notice.

Dated this 30th day of September, 2013.

G. Murray Snow
United States District Judge